COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| THE TORO COMPANY, | § | No. 08-24-00348-CV |
| Appellant, | § | Appeal from the |
| v. | § | 346th Judicial District Court |
| FILIX LIRA, SR., MARIBEL LIRA, CRYSTAL LIRA, MICHAEL LIRA, | § | of El Paso County, Texas |
| ANGEL LIRA, DANIEL LIRA, FELIX LIRA, JR., and MARIBEL LIRA AS NEXT | § | (TC# 2022DCV3393) |
| FRIEND OF V.C., A MINOR, | § | |
| Appellees. | § | |

## J U D G M E N T

The Court has considered this cause on the Appellants "Petition for Permissive Appeal under TRAP 28.3 of Order Denying Defendant's Rule 91A Motion to Dismiss" and concludes that petition should be denied. We therefore deny the petition without prejudice in accordance with the opinion of this Court. We further order that Appellees recover from Appellant all costs of appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 31ST DAY OF OCTOBER 2024.


LISA J. SOTO, Justice


Before Alley, C.J., Palafox and Soto, JJ.